**Order entered November 14, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01242-CV

**JACQUELINE GIBSON, Appellant**

**V.**

**STONEBRIAR MALL, LLC, D/B/A STONEBRIAR CENTRE, XENCOM FACILITY MANAGEMENT, LLC. AND MYDATT SERVICES, INC. D/B/A VALOR SECURITY SERVICES, Appellees**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-04270-2016**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on November 27, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/     DAVID EVANS
          PRESIDING JUSTICE